```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

ANGEL VILLANUEVA,               :
                                :
     Plaintiff,                 :
                                :
v.                              :      CASE NO. 3:19CV1959(RNC)
                                :
QUALITY AUTO SALES              :
& SERVICES, INC.,               :
                                :
     Defendant.                 :
```

ORDER REGARDING HEARING ON DAMAGES

A hearing on damages shall be held before the undersigned on **July 29, 2020 at 10:30 a.m.** via Zoom video conference. The hearing may be accessed by clicking the following link: https://www.zoomgov.com/j/1611070394?pwd=N0NEQThJRDN5YmFjbytiR2xlZm5pUT09. The meeting password will be emailed on **July 22, 2020.**

By **July 8, 2020**, the plaintiff shall file a memorandum of law which shall include the following:

(1) the facts the plaintiff believes the court should rely upon to grant the requested relief, including facts to be adduced at the hearing;

(2) a list of any witnesses the plaintiff intends to call at the hearing, the subject matter of each witness's testimony, and an estimate of the length of time of each witness's testimony;

(3) a list of the exhibits the plaintiff intends to offer at the hearing and a brief description of the exhibit;

(4) the amount of damages requested;

(5) the legal authority for the court's award such damages; and

(6) if the plaintiff requests attorney fees and costs as part of its relief, an affidavit and any other appropriate documentation setting forth the basis for the amount requested.

The plaintiff shall cause a copy of this order and the memorandum of law to be served upon the defaulted defendant by **July 15, 2020**. The plaintiff shall file the proof of service.

SO ORDERED at Hartford, Connecticut this 1st day of June, 2020.

_____/s/_____
Robert A. Richardson
United States Magistrate Judge